IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK AND ELAINE SCHROEDER | § § § § | |
| Plaintiffs, | § § | Case No. H-15-3744 |
| VS. | § § | Jury Demand |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE and CURTIS MARTIN | § § § § | |
| Defendants. | § | |

## PARTIES' NOTICE OF SETTLEMENT

Plaintiffs Patrick and Elaine Schroeder and Defendants Nationwide Property and Casualty Insurance Company and Curtis Martin ("Parties") file this Notice of Settlement in accordance with the Court's Order [Doc. 16] to notify the Court the case has settled.

Respectfully submitted,

**CHAD T. WILSON LAW FIRM PLLC**

BY:   */s/ Chad T. Wilson*
CHAD T. WILSON – 24079587
KIMBERLY N. BLUM-24092148
1322 Space Park Drive, Suite A155
Houston, Texas 77058
832.415.1432
Email: CWilson@cwilsonlaw.com
Email: KBlum@cwilsonlaw.com
**ATTORNEY FOR PLAINTIFFS**

                    **WALTERS, BALIDO & CRAIN, L.L.P.**

BY: */s/ Randall G. Walters*
      RANDALL G. WALTERS - 20819480
      Meadow Park Tower
      10440 N. Central Expy, Suite 1500
      Dallas, Texas 75231
      214/347-8381  - FAX
      214/347-8380 - DIRECT
      214/749-4805 - MAIN
      Email: randy.walters@wbclawfirm.com
      **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      This is to certify that on the 13TH day of May, 2016, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

                    */s/ Randall G. Walters*
                    RANDALL G. WALTERS