| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 13, 2016
David J. Bradley, Clerk

Patrick Schroeder, et al., §
§
  Plaintiffs, §
§
versus § Civil Action H-15-3744
§
Nationwide Property and §
Casualty Insurance, et al., §
§
  Defendants. §

# Final Judgment

1. Having been advised that the parties have reached a settlement, the claims of Patrick Schroeder and Elaine Schroeder against Nationwide Property and Casualty Insurance and Curtis Martin are dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 13, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge